**Ronald R. MOWER, Named as Ronald Mower (No middle initial); Terry Klooster; Kenneth Sandy, Plaintiffs–Appellants,**

v.

**E.A. WESTFALL, also known as Penny Westfall; Darwin E. Chapman, Sued as: Darwin Chapman (No middle initial); Iowa Department of Public Safety, Defendants–Appellees.**

No. 02–1207.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 8, 2002.

Decided Nov. 15, 2002.

traits, capacities, and processes.

Before WOLLMAN, LAY, and LOKEN Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

After review of the overall record, the opinion of the District Court, and the briefs filed on appeal in this court, we affirm the judgment based upon the well-reasoned opinion of the District Court.

*See* 8th Cir. R. 47(b).

A true copy.